478 A.2d 120

Commonwealth v. Pleasant, Appellant.

Petition for Allowance of Appeal
Denied Oct. 3, 1984.

Submitted April 2, 1984.  James A. Lammendola, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.